In re Roy, Larry; — Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. A., No. 235,372.
Writ granted in part; otherwise denied; case remanded. The district court is directed to hold an evidentiary hearing on those of relator’s claims which it has not *4 properly defaulted: that he received ineffective assistance of trial (claims 1, 3, 4, 5, 6, 7, 10, 14, 15, 16) and appellate counsel, and that the state suppressed material exculpatory evidence (claim 5). cf. State ex rel. Tart v. Cain, 00-0476 (La.8/31/00), 766 So.2d 1268; State v. Ford, 99-3263 (La.6/16/00), 765 So.2d 321. In all other respects, the application is denied. See La.C.Cr.P. art. 930.4(A); La.C.Cr.P. art. 930.4(B); La.C.Cr.P. art. 930.4(C); State ex rel. Rice v. State, 99-0496 (La.11/12/99), 749 So.2d 650.